**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Paramount Management Group, Inc.,

Plaintiff,

v.

Brian Miller, *et al.*,

Defendants.

_________________________________/

Case No. 25-10445

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

**ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR ATTORNEY FEES AND COSTS AND FOR RECALCULATED PREJUDGMENT INTEREST [47]**

Before the Court is Plaintiff's amended motion for attorney fees and costs and for recalculated prejudgment interest. (ECF No. 47.) The Court previously granted Plaintiff's motion for default judgment against Brian Miller, awarded damages of $84,293.52, and ordered Plaintiff to (1) recalculate prejudgment interest based on that figure with a judgment date of October 15, 2026; and (2) recalculate attorney fees and costs as instructed on the record. (ECF No. 46.) Plaintiff's amended motion sufficiently satisfies the Court's concerns and instructions as set forth on

the record during the October 15, 2026 hearing on Plaintiff's motion for default judgment. Accordingly, Plaintiff is awarded attorney fees and costs of $51,800.64 and prejudgment interest of $8,622.36. Combined with the damages of $84,293.52 that the Court previously granted, the Court awards Plaintiff a total of $144,756.52 in damages, inclusive of prejudgment interest.

IT IS SO ORDERED.

Dated: October 26, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 26, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager